IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01261-WYD-CBS

VICTORIA M., a child, by her parents and next friends DAMIEN and LUPE M.,

    Plaintiffs,

v.

EAGLE COUNTY SCHOOLS RE 50 J,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice filed August 13, 2014.  After a careful review of the motion and the file, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice (ECF No. 58) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay their own attorneys' fees and costs.

Dated:  August 13, 2014

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge